THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| CONSTRUCTION WORKERS PENSION TRUST FUND LAKE COUNTY AND VICINITY, <br><br> Plaintiff, <br><br> v. <br><br> CRI CONSTRUCTION SERVICES, INC., an Indiana Corporation <br> Defendant. | Case No. 2:20-cv-00025-PPS-JEM |

# MOTION FOR ENTRY OF DEFAULT JUDGMENT

Comes now the Plaintiff, CONSTRUCTION WORKERS PENSION TRUST FUND LAKE COUNTY AND VICINITY, by and through counsel, Aaron A. Koonce, and moves the Court to enter a default judgment on behalf of the Plaintiff and against the Defendant, and in support thereof, state:

1. Plaintiff filed their Complaint against Defendant on January 20, 2020 [DE 1].

2. Defendant was served a copy of the Complaint and Summons on April 24, 2020, as more fully appears from the Affidavit of Service filed herein on May 30, 2020 [DE 6].

3. Defendant has failed to answer or otherwise defend the Plaintiff's Complaint, and on June 22, 2020, a Clerk's Entry of Default was issued [DE 8].

4. Plaintiff's action is for collection of delinquent fringe benefit contributions, liquidated damages, applicable interest, costs and attorney fees due the Plaintiff Fund pursuant to the Collective Bargaining Agreement and applicable provisions of ERISA, as amended.

5. At the time the Complaint [DE 1] was filed in this action, Defendant was significantly delinquent in its payment of numerous monthly benefit contributions as required *via* the Collective Bargaining Agreement and the ERISA Statute, as amended.

6. As of the time of the Motion herein, Defendant owes $2,450.08 in liquidated damages and applicable interest to Plaintiff Construction Workers Pension Trust Fund Lake County and Vicinity. Attached as Group Exhibit A is Affidavit of Regina M. Morey, Administrative Assistant in the Audit Department for Construction Workers Pension Trust Fund Lake County and Vicinity, together with Fund worksheet documenting the obligations.

7. In addition to the foregoing, Plaintiff has–as of the time of filing the herein Motion–expended legal fees, costs and filing fees in the instant case totaling $5,275.00, which claim is supported by the Affidavit of Aaron A. Koonce and Robert B. Greenberg, Attorneys for the Plaintiffs, and which Affidavits are designated as Exhibit B.

8. Defendant has failed and refused to provide the $20,000.00 surety bond pursuant to the Collective Bargaining Agreement and the Fund's operating documents.

**WHEREFORE**, Plaintiff requests the following relief:

1. That default judgment be entered against the Defendant herein, CRI CONSTRUCTION SERVICES, INC., an Indiana Corporation, and that the Complaint filed herein be taken as confessed.

2. That judgment be entered forthwith against the Defendant and in favor of the Plaintiff in the amount of $2,450.08 for liquidated damages and interest due pursuant to the Collective Bargaining Agreement and applicable provisions of the ERISA Statute, as amended.

3. That Plaintiff be awarded recovery of its legal fees, costs and filing fee in the total amount of $5,275.00, in accordance with Group Exhibit B and as provided for by the ERISA Statute.

4. That such other interest and/or liquidated damages be assessed against the Defendant as provided in the Collective Bargaining Agreement and the applicable provisions of the Pension Reform Act.

5. That the Defendant be ordered to comply with and perform according to the terms and conditions of its Collective Bargaining Agreement and the applicable provisions of the ERISA Statute, as amended.

6. That the Defendant be ordered to comply with and specifically perform the posting of a $20,000.00 surety bond according to the terms of the Collective Bargaining Agreement.

7. For all other relief that is just and proper in these premises.

WHEREFORE, Plaintiffs prays that judgment in the total amount of $7,725.08 be entered in favor of Plaintiff and against the Defendant, which amount includes liquidated damages, interest due, attorney fees and costs.

Respectfully submitted:

LAW OFFICE OF AARON A. KOONCE, P.C.

By: /s/ Aaron A. Koonce
AARON A. KOONCE
Indiana Attorney Number: 31749-45
Attorney for Plaintiff
9013 Indianapolis Boulevard
Highland, IN 46322
(219) 838-9200 *(office)*
(219) 972-7110 *(fax)*
E-mail: aak@gk4law.com

## CERTIFICATE OF SERVICE

The undersigned does hereby certify that on the 18th day of August, 2020, he has electronically filed the above and foregoing with the Clerk of the United States District Court for the Northern District of Indiana using the CM/ECF system, and does hereby certify that he has mailed by United States Postal Service the document to the following non CM/CM/ECF participants:

**CRI CONSTRUCTION SERVICES, INC.**
An Indiana Corporation
c/o Carolyn Patterson, Registered Agent
7285 W 600 N
Larwill, IN 46764

            LAW OFFICE OF AARON A. KOONCE, P.C.

            By:/s/ Aaron A. Koonce
              AARON A. KOONCE