AO 450 (Rev. 01/09) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Indiana

CONSTRUCTION WORKERS PENSION TRUST
FUND LAKE COUNTY AND VICINITY,

        Plaintiff,

   v.                                     Civil Action No. 2:20-cv-00025

CRI CONSTRUCTION SERVICES, INC.
an Indiana Corporation,

        Defendant,

## JUDGMENT IN A CIVIL ACTION

The court has ordered that (*check one*):

_X_   The Plaintiff, Construction Workers Pension Trust Fund Lake County and Vicinity, is entitled to a Judgment against Defendant, CRI Construction Services, Inc., an Indiana Corporation. Plaintiff shall recover a judgment in the amount of Two Thousand Four Hundred Fifty Dollars and Eight Cents ($2,450.08) in damages, Five Thousand Two Hundred Seventy Five Dollars ($5,275.00) in attorneys' fees, for a total of Seven Thousand Seven Hundred Twenty Five Dollars and Eight Cents ($7,725.08) all at the post-interest rate of .14% until judgment is satisfied.

___   the plaintiff recover nothing, the action is dismissed on the merits, and the defendant recover costs from the plaintiff_____.

___ Other:

This action was (*check one*):

___ tried to a jury with Judge_____ presiding, and the jury has rendered a verdict.

___ tried by Judge_____ without a jury and the above decision was reached.

_X_ decided by Judge Philip P. Simon on a Motion for Default Judgement by Plaintiff.

DATE:   September 21, 2020                     ROBERT N. TRGOVICH, CLERK OF COURT

                                                                By: s/ L. Higgins-Conrad
                                                                    *Signature of Deputy Clerk*